■ In the Matter of MEE YUNG PARK, Appellant, v ANTHONY MICHAEL LUCENTE, Respondent. [49 NYS3d 312]—Appeal by the mother from an order of the Family Court, Suffolk County (Jeffrey Arlen Spinner, J.), dated May 23, 2016. The order denied the mother's petition for custody of the subject child and dismissed the proceeding.

Ordered that the order is affirmed, without costs or disbursements.

The mother surrendered her parental rights to the subject child before she filed the instant custody petition. Thus, at the time she filed the instant petition, the mother was not a person entitled to seek custody of the child (*see Matter of Adam S.*, 287 AD2d 723, 724 [2001]; *Matter of Santosky v Roach*, 161 AD2d 908, 908-909 [1990]). Accordingly, the Family Court properly denied the petition and dismissed the proceeding (*see Matter of Santosky v Roach*, 161 AD2d at 908-909). Dillon, J.P., Roman, Cohen and Miller, JJ., concur.